# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| United States of America | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     Case No. **25-00189-01-CR-W-DGK** |
| | ) |
| | ) |
| **JUSTIN MARQUARDT,** | ) |
| **Defendant.** | ) |

## ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE

As a result of criminal charges having been filed against the above defendant, IT IS HEREBY

ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and

processed in accordance with established procedure.


By: /s/ Willie J. Epps
  Willie J. Epps
Chief United States Magistrate Judge


Dated: June 26, 2025


Jefferson City, Missouri